UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61295-CIV-ALTMAN

JOSEPH AMODIO,

    *Plaintiff,*

vs.

CAVALRY INVESTMENT, LLC and
CAVALRY PORTFOLIO SERVICES, LLC,

    *Defendants.*
_____/

## ORDER TO SHOW CAUSE

The Court hereby **ORDERS** the parties to show cause by **July 24, 2020** why the following cases should not be consolidated: *Amodio v. Cavalry Investment, LLC et al.*, 20-cv-61295-RKA; and *Titus v. Cavalry SPV I, LLC et al.*, 20-cv-61298-WPD. In the absence of a timely response, the Court may enter an Order consolidating the two cases without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 22nd day of July 2020.

                                            **ROY K. ALTMAN**
                                            **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record