**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 20-61295-CIV-ALTMAN**

**JOSEPH AMODIO**,

    *Plaintiff*,

v.

**CAVALRY INVESTMENT, LLC** and
**CAVALRY PORTFOLIO SERVICES, LLC,**

    *Defendants*.

_____/

**ORDER**

The Federal Rules provide that, when "actions before the court involve a common question of law or fact, the court may . . . consolidate the actions." FED. R. CIV. P. 42(a). Accordingly, the Court hereby **ORDERS AND ADJDUGES** as follows:

1. Case Numbers 20-cv-61298-RKA is hereby **CONSOLIDATED** into Case No. 20-cv-61295-RKA.

2. Case Number 20-cv-61298-RKA shall be administratively **CLOSED**. All future filings in this matter shall be made under *Amodio v. Cavalry Investment, LLC and Cavalry Portfolio Services, LLC*, Case No. 20-cv-61295-RKA.

3. Any pending motions in 20-cv-61298-RKA are **DENIED AS MOOT**.

4. This Order is without prejudice to any party filing a future motion for separate trials under FED. R. CIV. P. 42(b).

5. The Clerk shall docket this Order in the following cases:

    a. *Amodio v. Cavalry Investment, LLC and Cavalry Portfolio Services, LLC*, Case No. 20-cv-61295-RKA

    b. *Titus v. Cavalry SPV I, LLC et al.,* Case No. 20-cv-61298-RKA

**DONE AND ORDERED** in Fort Lauderdale, Florida this 30th day of July 2020.

_____
**ROY K. ALTMAN
UNITED STATES DISTRICT JUDGE**

cc: counsel of record